AO 91 (Rev. 11/11)  Criminal Complaint (approved by AUSA Salvatore L. Astolfi)                                    20-027

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br><br>**MARUICE ALEXANDER**<br><br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.  20-470-M

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of          **March 20, 2020**          in the county of          **Philadelphia**          in the

____**Eastern**____   District of   ____**Pennsylvania**____  , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18, United States Code,<br>Sections 2113(a) | Bank robbery |

This criminal complaint is based on these facts:
**SEE ATTACHED AFFIDAVIT OF PROBABLE CAUSE**

☑ Continued on the attached sheet.

_____
*Complainant's signature*

James F. Finnegan, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: **March 20, 2026**

_____
*Judge's signature*

City and state:          **Philadelphia, Pennsylvania**

Honorable David R. Strawbridge, US Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, James F Finnegan, being duly sworn under oath and deposed, state the following:

1.      I have been employed by the Federal Bureau of Investigation for the last 14 years as a Special Agent. I am presently assigned to the Violent Crimes Task Force (VCTF) where I investigate violations of state and federal laws related to commercial robberies, bank robberies, kidnappings, fugitives, and major thefts of pharmaceutical drugs, among other violations of the law. The statements in this affidavit are based on my review of police reports, the recovery of physical evidence from the crime scene, and information provided to me by law enforcement personnel. These statements are true and correct to the best of my knowledge, information, and belief.

2.      This affidavit is being submitted in support of a criminal complaint and arrest warrant charging MAURICE ALEXANDER, date of birth 10-31-1980, with one count of attempted bank robbery, in violation of Title 18, United States Code, Section 2113(a).

3.      On Friday March 20, 2020, at approximately 9:22 a.m., an unknown black male, hereinafter referred to as UNSUB, robbed the Bank of America, located at 1600 John F. Kennedy Boulevard, Philadelphia, Pennsylvania, by demand note. The UNSUB entered the bank, approached victim teller L.R. and placed a piece of paper under the glass. The piece of paper had a note on it that read, "Empty your register." The victim teller (L.R.) walked away to the back of the bank. No U.S. Currency was given. The UNSUB left the bank and fled on foot westbound. The UNSUB was described as a black male, 5'8"-5'9" in height, wearing a black hat, black jacket, black hooded sweatshirt, blue jeans, black shoes, with a beard that has a little gray in it.

4.      After the robbery, Philadelphia Police Department (PPD) Officers responded to the area. PPD Officers observed an individual who fit the description of the black male that just attempted to rob the Bank of America branch identified above, walking along the sidewalk near the intersection of 17th Street and John F. Kennedy Boulevard. PPD Officers stopped and detained the UNSUB. PPD Officers transported victim/witness L.R. to the scene were the UNSUB was detained. L.R. positively identified the UNSUB as the male who just attempted to rob the Bank of America branch.

5.      PPD Officers identified the UNSUB as MAURICE ALEXANDER by ALEXANDER's Pennsylvania Driver's License that was found on ALEXANDER's person. ALEXANDER was taken into custody and transported to FBI Philadelphia Headquarters, 600 Arch Street, Philadelphia, Pennsylvania. ALEXANDER was processed and interviewed. The interview was conducted by Special Agent James Finnegan and PPD Detective Kevin Williams.

After being advised of the <u>Miranda</u> warnings, ALEXANDER requested an attorney and refused to answer any further questions. The interview was terminated and ALEXANDER was processed and photographed. This interview was recorded via audio and video.

6.    The deposits of Bank of America are insured by the Federal Deposit Insurance Corporation (FDIC) and were insured by the FDIC at the time of the aforementioned bank robbery described above.

7.    Based on the aforementioned facts, your affiant believes there is probable cause to charge MAURICE ALEXANDER with the March 20, 2020 attempted robbery of Bank of America, 1600 John F. Kennedy Boulevard, Philadelphia, Pennsylvania.

Respectfully Submitted,

_____
JAMES F FINNEGAN
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed
before me this   2014
day of March, 2020

Daci2.5tby usms
_____
The Honorable David R. Strawbridge
United States Magistrate Judge

## **ATTACHMENT A**

On or about March 20, 2020, in Philadelphia, in the Eastern District of Pennsylvania, defendant MARUICE ALEXANDER knowingly and unlawfully, by force and violence, and by intimidation, attempted to take from employees of Bank of America, located at 1600 John F. Kennedy Boulevard, Philadelphia, Pennsylvania, lawful currency of the United States belonging to, and in the care, custody, control, management and possession of Bank of America, the deposits of which were insured by the Federal Deposit Insurance Corporation.
In violation of Title 18, United States Code, Section 2113(a).

PBPP 141 (05/09)

| AGENT | TELEPHONE | DOB | SSN | SID |
|---|---|---|---|---|
| DODSON, KEVIN G | 215-560-2082 | 10/31/1980 | 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 | 233-06-21-2 |
| MAX DATE | CONCURRED ON | CONCURRED BY | | |
| 03/13/2021 | 03/20/2020 | MICHAEL A WILLIS | | |



**COMMONWEALTH OF PENNSYLVANIA**
**BOARD OF PROBATION AND PAROLE**

# WARRANT TO COMMIT AND DETAIN

**DATE:** 03/20/2020

To the Superintendent, Warden, or other authorized representative of an Detention Facility or State Correctional Institution in the Commonwealth of Pennsylvania:

By virtue of the authority delegated to me by the Pennsylvania Board of Probation and Parole, you are hereby authorized and directed to commit and detain for violation of parole/probation

**ALEXANDER, MAURICE RAHEEM**

Parole No. **673BQ**                              , Paroled On **08/20/2019**

from **SCI - ROCKVIEW**                      , Institution No. **MZ9842**

Subject to further order of the Board.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE**

**By:**

Christian M Stephens

**Christian M. Stephens**
**Deputy Executive Director**
**Office of Field Probation and Parole Supervision**

**Warrant Number : 515120200430**